Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Garey C. Gomez*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GAREY C. GOMEZ, <br><br> Plaintiff, <br><br> v. <br><br> TITOL RETAIL, LLC and WILBURN HOLDING COMPANY, INC., <br><br> Defendants. | CASE NO.: 2:25-cv-09408 <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **(INJUNCTIVE RELIEF DEMANDED)** |

Plaintiff GAREY C. GOMEZ by and through his undersigned counsel, brings this Complaint against Defendants TITOL RETAIL, LLC and WILBURN HOLDING COMPANY, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff GAREY C. GOMEZ ("Gomez") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Gomez's original copyrighted Works of authorship.

2. Gomez is a professional photographer from Atlanta, Georgia who works with architects, interior designers, construction firms and homebuilders to create beautiful portfolio imagery to showcase their work. He is a speaker and educator in the world of architectural photography and was the 2019 PFRE Photographer of the Year. Gomez's photographs have been featured in ArchDaily, Architizer, Curbed, Dezeen, Dwell, Fine Homebuilding and The Architect's Newspaper. His specialties are aerial, architecture, commercial, construction, education architectural, healthcare architectural, interiors, real estate, residential and twilight photography.

3. Defendant TITOL RETAIL, LLC ("Titol") is the retail holding company for Freebandz. At all times relevant herein, Titol owned and operated the website located at the internet URL www.freebandz.com (the "Website").

4. Defendant WILBURN HOLDING COMPANY, INC. ("Wilburn") is an American record label founded by Atlanta-based rapper Future and does business as Freebandz or Freebandz Entertainment.

5. Defendants Titol and Wilburn are collectively referred to herein as "Defendants".

6. Gomez alleges that Defendants copied Gomez's copyrighted Works from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in California.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district,

Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Titol Retail, LLC is a Delaware Limited Liability Company, with its principal place of business at 7060 Hollywood Boulevard, 2nd Floor, Los Angeles, California, 90028, and can be served by serving its Registered Agent, Emerson Yenokida, 7060 Hollywood Boulevard, 2nd Floor, Los Angeles, California, 90028.

12. Wilburn Holding Company, Inc. is a Georgia Limited Liability Company, with its principal place of business at 2579 Park Central Boulevard, Decatur, Georgia, 30253, and can be served by serving its Registered Agent, Candace Williams, 922 Highway 81, Unit 321, McDonough, Georgia, 30252.

## THE COPYRIGHTED WORKS AT ISSUE

13. In 2021, Gomez created the photographs entitled "20210610.DUNGEON_OOA_061021-209 and 20210610.DUNGEON_OOA_061021-6.jpg," which are shown below, respectively, and referred to herein as the "Works".





14. Gomez registered the Works with the Register of Copyrights on June 30, 2021 as part of a group registration. The Group Registration was assigned registration number VA 2-260-570. The Certificate of Registration is attached hereto as **Exhibit 1**.

15. At all relevant times Gomez was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANTS

16. Defendants have never been licensed to use the Works for any purpose.

17. On a date after the Works were created, but prior to the filing of this action, Defendants copied the Works.

18. On or about October 21, 2024, Gomez discovered the unauthorized use of his Works on the Website, YouTube, Wikipedia, and various retail websites. Both of Gomez' Works were used by Defendants on Future's album cover for "Mixtape Pluto."

19. The 20210610.DUNGEON_OOA_061021-6.jpg Work was used on the T-Shirts for sale on the Website: the Mixtape Pluto Tee 1, Mixtape Pluto Tee 2, and Mixtape Pluto Windows Tee.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                              CASE NO.: 2:25-cv-09408

20. Defendants copied Gomez's copyrighted Works without Gomez's permission.

21. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their music sales and retail products business.

22. Defendants copied and distributed Gomez's copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

23. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

24. Gomez never gave Defendants permission or authority to copy, distribute or display the Works at issue in this case.

25. Gomez notified Defendants of the allegations set forth herein on March 20, 2025 and May 9, 2025. The Parties have failed to resolve the dispute.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Gomez incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Gomez owns valid copyrights in the Works.

28. Gomez registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Works and made derivatives of the Works without Gomez's authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of its business activities.

31. Defendants' acts were willful.

32. Gomez has been damaged.

33. The harm caused to Gomez has been irreparable.

## COUNT II
## ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

34. Gomez incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. The Works contain false Copyright Management Information ("CMI").

36. Defendants knowingly and with the intent to enable or facilitate copyright infringement, added CMI, "Mixtape Pluto" to the tee-shirts depicting the Works in violation of 17 U.S.C. § 1202(a).

37. Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Gomez's rights in the Works protected under the Copyright Act.

38. Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Gomez's rights in the Works.

39. Defendants applied they own false CMI upon the Works.

40. After applying the false CMI to the Works, Defendants published the Works in violation of 17 U.S.C. § 1202(a).

41. Gomez has been damaged.

42. The harm caused to Gomez has been irreparable.

WHEREFORE, the Plaintiff GAREY C. GOMEZ prays for judgment against the Defendants TITOL RETAIL, LLC and WILBURN HOLDING COMPANY, INC. that:

   a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

     b.    Defendants be required to pay Gomez his actual damages and Defendants' profits attributable to the infringement, or, at Gomez's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

     c.    Defendants be required to pay Gomez his damages including lost sales and Defendants' profits as provided in 15 U.S.C. § 1125;

     d.    Gomez be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

     e.    Gomez be awarded pre- and post-judgment interest; and

     f.    Gomez be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Gomez hereby demands a trial by jury of all issues so triable.

DATED: October 2, 2025          Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff Garey C. Gomez*