# Exhibit 2










COLLECTIONS      SHOP UK







**MIXTAPE PLUTO BLACK VINYL**

**$27.98**

Pay in 4 interest-free installments for orders over $50.00 with shop Pay  Learn more

**ADD TO CART**

*MIXTAPE PLUTO BLACK VINYL* IS IN STOCK AND SHIPS WITHIN 3-5 BUSINESS DAYS

BLACK VINYL DISC

1. TEFLON DON
2. LIL DEMON
3. SKI
4. READY TO COOK UP
5. PLUTOSKI
6. TOO FAST
7. OCEAN
8. PRESS THE BUTTON
9. MJ
10. BRAZZIER
11. SOUTH OF FRANCE

LIMITED TO 4 UNITS PER CUSTOMER

**ALSO AVAILABLE**



COLLECTIONS    SHOP UK







**MIXTAPE PLUTO GREEN VINYL (ARTIST EXCLUSIVE)**

$31.98

**SOLD OUT**

NOTIFY ME WHEN AVAILABLE

*MIXTAPE PLUTO GREEN VINYL (ARTIST EXCLUSIVE)* IS IN STOCK AND SHIPS WITHIN 3-5 BUSINESS DAYS

EXCLUSIVE ALTERNATE COVER ARTWORK

GREEN VINYL DISC

1. TEFLON DON
2. LIL DEMON
3. SKI
4. READY TO COOK UP
5. PLUTOSKI
6. TOO FAST
7. OCEAN
8. PRESS THE BUTTON
9. MJ
10. BRAZZIER
11. SOUTH OF FRANCE

LIMITED TO 4 UNITS PER CUSTOMER









COLLECTIONS    SHOP UK

**MIXTAPE PLUTO TEE 2**
$35.00
Pay in 4 interest-free installments for orders over $50.00 with shop Pay  Learn more

**SIZE**
S

**ADD TO CART**

**ITEM IS IN STOCK AND SHIPS WITHIN 3-5 BUSINESS DAYS**

**SCREEN PRINTED FRONT + BACK GRAPHICS**

**100% COTTON BLACK TEE**

**UNISEX FIT**

**SLEEVELESS TEE INSTRUCTIONS: CUT SLEEVES TO DESIRED LENGTH (FABRIC SCISSORS RECOMMENDED)**

**ALSO AVAILABLE**





⚠ This cover art annotation is unreviewed

Dipyo5 △ 10,338                                              a month ago

The album cover for "Mixtape Pluto" has an understated, almost nostalgic vibe that combines the rawness of the streets with the atmospheric feel of a low-lit recording studio. The setting is simple, with two worn wooden chairs under a dim purple glow, placed in what seems like an abandoned or retro home studio. A recording setup with old-school audio equipment sits in the back, capturing the essence of hard work and late-night grind sessions. The corner of the room is filled with vintage stereo speakers, a milk crate, and a subtle aura of mystery.

The purple lighting casts a shadowy, ethereal tone over the scene, with a hazy glow adding depth and an air of mystery, as if inviting the listener into the creative process behind the mixtape. The "Mixtape Pluto" title in bold, metallic pink font hovers in the top-right corner, shining with cosmic energy, giving a subtle nod to Future's larger-than-life persona.

The tracklist, written in a soft, glowing pink font, stretches across the bottom of the cover. The titles feel reflective of Future's iconic trap sound and personal evolution, hinting at themes of loyalty, loss, ambition, and dominance.

Epic Records branding and the familiar logo further anchor the cover, connecting Future's past work with his current state of artistry. The mood





