Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard, Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Garey C. Gomez*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GAREY C. GOMEZ,<br><br>             Plaintiff,<br><br>v.<br><br>TITOL RETAIL, LLC and WILBURN HOLDING COMPANY, INC.,<br><br>             Defendants. | CASE NO.: 2:25-CV-09408-MWC-SSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WILBURN HOLDING COMPANY, INC, ONLY** |

Plaintiff GAREY C. GOMEZ ("Gomez"), by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit as to defendant Wilburn Holding Company, Inc., <u>only</u>, <u>without prejudice</u>, with each party to bear its own costs, attorneys' fees and expenses.

DATED: December 17, 2025          Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Attorneys for Plaintiff Garey C. Gomez*

- 1 -

NOTICE OF VOLUNTARY DISMISSAL                              CASE NO.: 2:25-cv-09408-MWC-SSC