David H. Boren, Esq. SBN 186316  *[dboren@rlfllp.com]*
**RITHOLZ LEVY FIELDS LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA  90024
Bus:  (310) 443-4176
Fax:  (310) 443-4220

Attorneys for Defendant
TITOL RETAIL, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GAREY C. GOMEZ, <br><br> Plaintiff, <br><br> vs. <br><br> TITOL RETAIL, LLC and WILBURN HOLDING COMPANY, INC., <br><br> Defendants. | Case No.: 2:25-cv-09408-MWC-SSC <br><br> **DEFENDANT TITOL RETAIL, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT** |

0259867

DEFENDANT'S ANSWER TO COMPLAINT

Defendant Titol Retail, LLC ("Titol") hereby answers the Complaint ("Complaint") filed by Plaintiff Garey C. Gomez ("Plaintiff") as follows:

## SUMMARY OF THE ACTION

1. Titol admits that Plaintiff has filed a lawsuit for copyright infringement. Plaintiff denies the remaining allegations of this paragraph.

2. Titol lacks sufficient information to answer the allegations in Paragraph 2 of the Complaint.

3. Titol denies the allegations of this paragraph.

4. Titol lacks sufficient information to answer the allegations in Paragraph 4 of the Complaint.

5. Titol admits it is a defendant in this action. On December 17, 2025, Wilburn was dismissed from this action without prejudice.

6. Titol denies the allegations of this paragraph.

## JURISDICTION AND VENUE

7. Titol admits Plaintiff has filed an action under the Copyright Act but denies any wrongdoing.

8. Titol admits federal courts have subject matter jurisdiction over copyright infringement claims.

9. Titol admits that it is subject to personal jurisdiction in California.

10. Titol admits it resides in this district and is subject to personal jurisdiction in this district. Titol denies the remaining allegations in this paragraph.

## DEFENDANTS

11. Titol admits the allegations in this paragraph.

12. Titol lacks sufficient information to answer the allegations in Paragraph 12 of the Complaint.

## THE COPYRIGHT WORKS AT ISSUE

13. Titol lacks sufficient information to answer the allegations in Paragraph 13 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

14. Titol lacks sufficient information to answer the allegations in Paragraph 14 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

15. Titol lacks sufficient information to answer the allegations in Paragraph 15 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

## INFRINGEMENT BY DEFENDANTS

16. Titol lacks sufficient information to answer the allegations in Paragraph 16 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

17. Titol denies the allegations in this paragraph.

18. Titol lacks sufficient information to answer the allegations in Paragraph 18 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

19. Titol lacks sufficient information to answer the allegations in Paragraph 19 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

20. Titol denies the allegations in this paragraph.

21. Titol denies the allegations in this paragraph.

22. Titol denies the allegations in this paragraph.

23. Titol denies the allegations in this paragraph.

24. Titol lacks sufficient information to answer the allegations in Paragraph 24 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

25. Titol admits that letters were sent to privacy@titol.com and that, as of the date of filing this Answer, this dispute has not been resolved. Titol denies the remaining allegations of this paragraph.

# COUNT I

# COPYRIGHT INFRINGEMENT

26. Titol incorporates by reference all of its responses to Paragraphs 1-25 above.

27. Titol lacks sufficient information to answer the allegations in Paragraph 27 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

28. Titol lacks sufficient information to answer the allegations in Paragraph 28 of the Complaint and, basing its denial on that ground, deny the allegations of this paragraph.

29. Titol denies the allegations in this paragraph.

30. Titol denies the allegations in this paragraph.

31. Titol denies the allegations in this paragraph.

32. Titol denies the allegations in this paragraph.

33. Titol denies the allegations in this paragraph.

# COUNT II

# ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

34. Titol incorporates by reference all of its responses to Paragraphs 1-33 above.

35. Titol denies the allegations in this paragraph.

36. Titol denies the allegations in this paragraph.

37. Titol denies the allegations in this paragraph.

38. Titol denies the allegations in this paragraph.

39. Titol denies the allegations in this paragraph.

40. Titol denies the allegations in this paragraph.

41. Titol denies the allegations in this paragraph.

42. Titol denies the allegations in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1. Titol alleges that Plaintiff's Complaint fails to set forth sufficient facts so as to state a claim for which relief can be granted against it.

### SECOND AFFIRMATIVE DEFENSE

(Fault of Others)

2. Titol alleges that any loss, injury, damage or detriment actually suffered or incurred by Plaintiff was either directly or proximately caused by the breach, conduct, acts, omissions and/or misconduct of actions of parties other than Titol.

### THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate)

3. Titol alleges that Plaintiff has failed or refused to take reasonable steps to mitigate Plaintiff's alleged damages, if any, thus barring or reducing any recovery for Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

(No Damages)

4. Titol alleges that Plaintiff's claims are barred by virtue of the fact that Plaintiff has not suffered any damages which were caused by, or attributable to, the alleged infringement.

### FIFTH AFFIRMATIVE DEFENSE

(Waiver)

5. Titol alleges that Plaintiff's claims are barred by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE

(Unclean Hands)

6. Titol alleges that Plaintiff's claims are barred by virtue of Plaintiff's unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

(Unjust Enrichment)

7. Titol alleges that to award damages to Plaintiff under these circumstances would unjustly enrich Plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

(Innocent Intent)

8. Titol alleges that to the extent they have any liability for copyright infringement, which Titol denies, but assume solely for the sake of this defense, any infringement or violation occurred with innocent intent.

## NINTH AFFIRMATIVE DEFENSE

(Estoppel)

9. Titol alleges that Plaintiff is legally and/or equitably estopped from asserting any claims or demands against Titol.

## TENTH AFFIRMATIVE DEFENSE

(No Statutory Damages or Attorney's Fees May Be Recovered)

10. Titol alleges that to the extent it has any liability for copyright infringement, which Titol denies, Plaintiff is barred from recovering statutory damages under 17 U.S.C. § 504 and attorney's fees under 17 U.S.C. § 505.

WHEREFORE, Titol prays for relief as follows:

1. Plaintiff takes nothing by virtue of his Complaint;
2. Plaintiff's Complaint be dismissed in its entirety, with prejudice, and that judgment be entered in favor of Titol;
3. that no compensatory damages be awarded;
4. that no punitive damages be awarded;
5. that no attorney's fees be awarded; and
6. for all such other relief as the Court deems just and proper.

Dated: December 18, 2025          RITHOLZ LEVY FIELDS LLP


                                  By:    /s/ David H. Boren
                                       David H. Boren, Esq.
                                       Attorneys for Defendant
                                       TITOL RETAIL, LLC

0259867

6

DEFENDANT'S ANSWER TO COMPLAINT