Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff Garey C. Gomez*

David N. Boren (SBN 186316)
**RITHOLZ LEVY FIELDS LLP**
10940 Wilshire Boulevard
Suite 1600
Los Angeles, California 90024
310.443.4176 - Telephone
dboren@rlfllp.com

*Counsel for Defendant Titol Retail, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GAREY C. GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>TITOL RETAIL, LLC,<br><br>Defendant. | Case No.: 2:25-cv-09408-MWC-SSC<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Michelle Williams Court |

Plaintiff GAREY C. GOMEZ and Defendant TITOL RETAIL, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: July __, 2026

Respectfully submitted,

*/s/Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**

*/s/ David N. Boren*
DAVID N. BOREN
**RITHOLZ LEVY FIELDS LLP**

*Counsel for Plaintiff Garey C. Gomez* *Counsel for Defendant Titol Retail, LLC*

**ATTESTATION**

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN